Appellant.— Preference granted for September 30, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM DATCH, Appellant.— Preference granted for September 30, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of INSURANCE COMPANY SALAMANDRA OF PETROGRAD, RUSSIA, and Others, Respondents, v. FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant.— Preference granted for September 30, 1924. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB YALE WILKINS, Respondent, v. M. ASCHER SILK CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB YALE WILKINS, Respondent, v. M. ASCHER SILK CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANTHONY SCARELLA, an Infant, etc., by JOSEPH SCARELLA, His Guardian ad Litem, Respondent, v. ISAAC COHEN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ALICE DINIRO, an Infant, by ROSA DINIRO, Her Guardian ad Litem, Respondent, v. H. W. BAKER LINEN COMPANY, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSA DINIRO, Respondent, v. H. W. BAKER LINEN COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MAX DAVIS, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

STANISLAUS SAROSIAK, Respondent, v. LOUIS FORMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ALICE DINIRO, an Infant, by ROSA DINIRO, Her Guardian ad Litem, Respondent v. H. W. BAKER LINEN COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSA DINIRO, Respondent, v. H. W. BAKER LINEN COMPANY, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CARL RUDOLPH SCHULTZ, as Surviving Trustee under a Deed of Trust Executed by LOUISE SCHULTZ, Bearing Date the 17th day of November, 1909, Plaintiff, v. ORLA RUBSAMEN, as Surviving Trustee, etc., Appellant, Impleaded with Others,